JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIA ALVES NUNES,

        Petitioner,

        v.

WARDEN OF THE CALIFORNIA CITY
CORRECTIONS CENTER, ET AL.,

        Respondents.

No. 5:26-cv-01531-SPG-E

ORDER ACCEPTING FINDINGS,
CONCLUSIONS AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:  (1) the Report and Recommendation is accepted and adopted; and (2) the Petition is transferred to the United States District Court for the Eastern District of California.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Petitioner and counsel for Respondents.

DATED: May 20, 2026.

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE